IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LYTRONE DAVIS											PETITIONER
ADC #127492

V.										NO. 5:05CV00152 SWW

LARRY NORRIS, Director,									RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, without prejudice. Any pending motions are denied as moot.

IT IS SO ORDERED this 8th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE