IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LYTRONE DAVIS                                                                              PETITIONER
ADC #127492

V.                                          NO. 5:05CV00152 SWW

LARRY NORRIS, Director,                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 8th of August, 2005.


                                                /s/Susan Webber Wright

                                       UNITED STATES DISTRICT JUDGE